# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MALVIN BYNUM                                                                 PLAINTIFF

v.                            4:17CV00792-SWW-JTK

STONE, et al.                                                    DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 30th day of January, 2018.

                                                                               /s/ Susan Webber Wright
                                                         UNITED STATES DISTRICT JUDGE